# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| WESLEY URCH, JR., | : | No. 76 WM 2016 |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| SUPERIOR COURT OF PENNSYLVANIA, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition or Mandamus and the Application for Leave to Supplement are **DENIED**.